UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LINCOL MUNGUIA** | **CIVIL ACTION** |
| **VERSUS** | |
| **VARGAS, LLC, ET AL.** | **NO. 21-00156-BAJ-RLB** |

### FINAL JUDGMENT

Considering Plaintiff's **Notice Of Voluntary Dismissal Pursuant To FRCP 41(a)(1)(A)(i) (Doc. 7),**

**IT IS ORDERED, ADJUDGED and DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 7th of May, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**